**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Marlies Valerio,                              Civil No. 07-4299 (RHK/JSM)

        Plaintiff,                              **ORDER**

v.

Long Term Care Group, Inc.,

        Defendant.

---

      Defendant's Motion to Strike Plaintiff's Objections to the Order Magistrate Judge Mayeron (Doc. No. 42) is **DENIED**.  See Fed. R. Civ. P. 6(a)(2).

Dated:  July 31, 2008

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge