## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Marlies Valerio,

           Plaintiff,

                                  Civ. No. 07-4299 (RHK/JSM)
                                  **ORDER**

v.

Long Term Care Group, Inc.,

           Defendant.

      This matter is before the Court on Plaintiff's Objections to the Order of Magistrate Judge Mayeron Granting Defendant Permission for a Rule 35 Independent Medical Examination (Doc. No. 39). Pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72(a), and Local Rule 72.2(a), the Court must set aside those portions of Judge Mayeron's Order that are "clearly erroneous or contrary to law." Having carefully reviewed the Order, Plaintiff's Objections thereto, and Defendant's Response, the Court concludes that the Order is neither clearly erroneous nor contrary to law.

      Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Objections (Doc. No. 39) are **OVERRULED** and that the Order (Doc. No. 38) is **AFFIRMED**.

Dated: August 5, 2008                                   s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge